# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D22-1446
_____

RONALD LEE JACKSON JR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

September 21, 2022


PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b).

LEWIS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Ronald Lee Jackson Jr, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.